[No. 59611-0-I.   Division One.   April 28, 2008.]

EVERGREEN CRANE SERVICES, INC., *Respondent*, v. MAX FORD ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-13848-3, Eric Z. Lucas, J., entered January 26, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Leach, J., concurred in by Grosse and Appelwick, JJ.

[No. 59612-8-I.   Division One.   April 28, 2008.]

*In the Matter of the Marriage of* KENNETH B. KAPLAN, *Appellant*, and SHEILA KOHLS-KAPLAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-01252-3, James A. Doerty, J., entered January 24, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Ellington and Leach, JJ.

[No. 59633-1-I.   Division One.   April 28, 2008.]

*In the Matter of the Adoption of* J.S.L.

DOUGLAS ENGBERG ET AL., *Respondents*, v. DANTE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-5-01898-3, Joan E. DuBuque, J., entered February 27, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59672-1-I.   Division One.   April 28, 2008.]

*In the Matter of the Marriage of* LESLIE A. ORMAN, *Appellant*, and DOUGLAS T. ORMAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-3-06902-7, Steven C. Gonzalez, J., entered February 8, 2007. *Affirmed* by unpublished per curiam opinion.